

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00237-CR

Flanzo Lafonte **TOWNES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0764
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time in which to file his pro se brief. Appellant requests an extension of sixty (60) days. We **GRANT IN PART** appellant's request. Appellant's time for filing his pro se brief is extended thirty (30) days. Appellant's pro se brief is **due on or before August 15, 2018.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court